## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Brandon Lavergne
Louisiana State Penitentiary DOC No. 424229
DR CCR D-7
Angola LA 70712


**REHEARING ACTION: March 26, 2014**


**Docket Number: 13   01250-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BRANDON LAVERGNE**

**Writ Application from Lafayette Parish Case No. 138234**


**BEFORE JUDGES**:

>    **Hon. John D. Saunders**
>    **Hon. J. David Painter**
>    **Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Lavergne** has this day been

>    **DENIED.**


cc: Michael Harson, Counsel for  the Respondent